Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMIN GULAMALI, et al.,<br><br>          Defendants. | No.  1:13-cv-00686-SAB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Amin Gulamali; Nilofer Kabani; Ramzan Gulamali; Irene Gulamali; Dalbir Singh Behla dba Kwik Korner; Jasbinder Singh aka Jasbir Singh dba Kwik Korner; and Swinder Singh dba Kwik Korner, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: April 21, 2014					MOORE LAW FIRM, P.C.


							/s/ Tanya E. Moore
							Tanya E. Moore
							Attorneys for Plaintiff
							Ronald Moore

Date: April 21, 2014					JAMES M. MAKASIAN, APC


							/s/ James M. Makasian
							James M. Makasian
							Attorneys for Defendants
							Amin Gulamali; Nilofer Kabani; Ramzan Gulamali; Irene Gulamali; Dalbir Singh Behla dba Kwik Korner; Jasbinder Singh aka Jasbir Singh dba Kwik Korner; and Swinder Singh dba Kwik Korner

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.


IT IS SO ORDERED.

Dated:	**April 21, 2014**					_____
							UNITED STATES MAGISTRATE JUDGE